**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| GARY W. FARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-00898-ACL |
| ADAM BENNETT, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the following motions: (1) Plaintiff's Motion for Clerk's Entry of Default (Doc. 19); (2) Plaintiff's Motion for Default Judgment (Doc. 20); and (3) Defendants' Motion for Additional Time to File an Answer (Doc. 23).

Defendants correctly note in their Motion for Additional Time to File an Answer that they were not properly served under Federal Rule of Civil Procedure 4. For this reason, the Court will deny Plaintiff's Motion for Clerk's Entry of Default and Motion for Default Judgment.

Additionally, the Court will grant Defendants' Motion for Additional Time to File an Answer. Defendants shall respond to the Amended Complaint on or before August 25, 2025.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Clerk's Entry of Default and Motion for Default Judgment are **DENIED**. [Docs. 19 and 20]

-2-

**IT IS FURTHER ORDERED** that Defendants' Motion for Additional Time to File an Answer is **GRANTED**.  [Doc. 23]  Defendants shall have until August 25, 2025 to respond to Plaintiff's Amended Complaint.

*/s/  Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of August, 2025.